970 A.2d 1038

IN THE MATTER OF ANTHONY J. FUSCO, JR., AN ATTORNEY AT LAW.

June 1, 2009.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **ANTHONY J. FUSCO, JR.,** of **PASSAIC,** who was admitted to the bar of this State in 1972, and who was suspended from the practice of law for a period of three months, effective February 20, 2009, by Order of this Court filed January 20, 2009, be restored to the practice of law, effective immediately.